# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        Plaintiff,

-vs-                                                  Case No. 3:17-CR-28-03
                                                       Judge Thomas M. Rose

**DARION STARGELL,**

        Defendant.

## ENTRY AND ORDER DENYING
## MOTION TO MODIFY ORDER OF DETENTION

        On August 14, 2017, Defendant filed a Motion for Release from Detention on House Arrest and Request for Bond Hearing (doc. 97). The Court set the matter for hearing on September 11, 2017, at which the Defendant appeared with Counsel. Defendant requested he be released from custody during the pendency of this matter. Government renewed their objections to release.

        Based upon the information provided, including Defendant's criminal history and the recommendation of the United States Pretrial Services Office, the Court finds by clear and convincing evidence that there is still no condition or combination of conditions that would reasonably assure the appearance of the Defendant or the safety of the community. Therefore, the Court **DENIES** Defendant's motion for bond.

        **DONE** and **ORDERED** in Dayton, Ohio, this 3rd day of October, 2017.

                                                            *s/Thomas M. Rose*

                                                            THOMAS M. ROSE, JUDGE
                                                            UNITED STATES DISTRICT COURT