# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                    Plaintiff,   :      Case No. 3:17-cr-028
                                         Also 3:19-cv-385

                                         District Judge Thomas M. Rose
- vs -                                     Magistrate Judge Michael R. Merz

DARION STARGELL,

                    Defendant.   :

## RECOMMITTAL ORDER

This case is before the Court on Defendant's Objections (ECF No. 194) to the Magistrate Judge's Report and Recommendations on Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 186).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

February 3, 2020.                                                                        *s/Thomas M. Rose

                                                                              Thomas M. Rose
                                                               United States District Judge