# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:17-cr-28-TMR-3 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| DARION STARGELL, | : | |
| | : | |
| Defendant. | : | |

## ENTRY AND ORDER DENYING DEFENDANT DARION STARGELL'S SECOND MOTION FOR RECONSIDERATION (DOC. NO. 242)

Before the Court is what the Court has interpreted as Defendant Darion Stargell's ("Stargell") Second Motion for Reconsideration ("Motion"). (Doc. No. 242). Stargell states that his prior motions for compassionate release were denied because he failed to exhaust his administrative remedies and that the Bureau of Prisons has failed to provide him with information regarding obtaining a compassionate release. (Doc. No. 242.) Stargell's prior motions were denied on multiple grounds aside from his failure to exhaust administrative remedies. (See Doc. No. 231, 235, 241.)

For the reasons stated above, the Court **DENIES** the Second Motion for Reconsideration (Doc. No. 242).

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, July 12, 2022.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
