AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Darion Stargell | ) | Case No: | 3:17-cr-28-03 |
| | ) | USM No: | 76690-061 |
| Date of Original Judgment: 3/08/2018 | ) | | |
| Date of Previous Amended Judgment: | ) | James P. Fleisher | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

Except as otherwise provided, all provisions of the judgment dated 3/08/2018 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 22, 2024

*Judge's signature*

Thomas M. Rose, United States District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*